IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**MODA HEALTH PLAN, INC.,**

    Plaintiff,

v.

**SWISS RE LIFE & HEALTH AMERICA, INC.,**

    Defendant.

No. 3:18-cv-01917-MO

ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a) and the parties' Stipulated Motion to Dismiss [13], it is hereby ordered and adjudged that all claims in the above-captioned matter are DISMISSED with prejudice. Each party will bear its own attorney fees and costs associated with the above-captioned matter.

DATED this 14 day of May, 2019.

                                                      MICHAEL W. MOSMAN  
                                                    Chief United States District Judge